IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JACK CORNEILUS JORDAN,**

    **Plaintiff,**

v.                                                      Case No.   3:11cv361/MCR/CJK

**DAVID MORGAN,**

    **Defendant.**

_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 30, 2012 (doc. 10).  A copy of the Report and Recommendation was mailed to the plaintiff at the address reflected on the Escambia County Jail's website to afford the plaintiff an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The mail was returned to the clerk for insufficient address, as was the magistrate judge's show cause order.[1]  *See* docs. 6, 7, and 8.  No objections have been filed.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and failure to comply with orders of the court.

---

[1] It is a litigant's responsibility to notify the court of an address change.

3.  The clerk is directed to close the file.

**DONE AND ORDERED** this 3rd day of April, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**

*Case No: 3:11cv361/MCR/CJK*